UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE: ) Chapter 7
)
STONEHILL HOMES, LTD., ) Case No. 07 B13243
)
    *Debtor(s).* ) Judge Manuel Barbosa

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **December 18, 2008**    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts    $50,165.47

    Disbursements    $0.00

    Net Cash Available for Distribution    $50,165.47

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $5,758.27 | $110.30 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $9,020.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $354,889.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.94%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Bellas & Wachowski | $18,782.09 | $1,866.99 |
| 2. | Thomas Psiharis | $229,190.69 | $22,758.11 |
| 3. | Robert and Eileen Pape (Per court order) | $106,467.00 | $10,583.07 |
| 4. | ResultsOne | $450.00 | $44.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The trustee proposes to abandon the following property at the hearing:


Dated: **November 18, 2008**            For the Court,


                                        By:    **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 So. Dearborn St., 7th Floor
                                               Chicago, IL 60604


| | |
|---|---|
| Trustee: | Charles J. Myler, ARDC#2008602 |
| Address: | 105 E. Galena Blvd., 8th Floor |
| | Aurora, IL 60505 |
| Phone: | 630-897-8475 |
| Fax: | 630-897-8076 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Nov 18, 2008
Case: 07-13243                Form ID: pdf002              Total Served: 15
```

The following entities were served by first class mail on Nov 20, 2008.
```
db         +Stonehill Homes, Ltd.,   520 Stevens Court,   Sleepy Hollow, IL 60118-1822
aty        +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
aty        +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
11500498   +Bellas & Wachowski,   Attorneys At Law,   15 N. Northwest Highway,   Park Ridge, IL 60068-3339
11500499   +Cook County Treasurer,   118 North Clark St., Room 112,   Chicago, IL 60602-1590
11500500   +David J. Krope Architect, Ltd.,   C/O Donald Peterson, Hughes Socol Et Al.,
             70 W. Madison Street, Ste. 4000,   Chicago, IL 60602-4698
11500497   +Gierum & Mantas,   9700 W Higgins Road,   Suite 1015,   Rosemont, IL 60018-4712
11572258   +RBC Builder Finance,   Eric S Prezant/Leslie Allen Bayles,   Bryan Cave LLP,
             161 N Clark St Suite 4300,   Chicago, IL 60601-3430
11500501   +RBC Builder Finance,   125 S. Wacker Drive,   Suite 1110,   Chicago, IL 60606-4397
11500502   +ResultsOne,   970 OakLawn Avenue,   Elmhurst, IL 60126-1059
11500503   +Robert & Eileen Pape,   C/O Peter Herzog, Holland & Knight,   131 S. Dearborn 30th Floor,
             Chicago, IL 60603-5517
11770463   +Robert M. Pape and Eileen M. Pape,   c/o Barbara Gimbel, Esq.,   Holland & Knight LLP,
             131 S. Dearborn Street, 29th Floor,   Chicago, IL 60603-5517,   (312) 263-3600
11500504   +Thomas C. Psiharis,   520 Stevens Court,   Sleepy Hollow, IL 60118-1822
11500505   +Trident Construction Co.,   520 Stevens Court,   Sleepy Hollow, IL 60118-1822
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Myler Ruddy & McTavish
aty*       +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
aty*       +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
11500496*  +Stonehill Homes Ltd,   520 Stevens Court,   Sleepy Hollow, IL 60118-1822
                                                                                       TOTALS: 1, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**          **Signature:** _Joseph Speetjens_